# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**MARILYN YOPP,** individually, and on behalf of all others similarly situated,

    Plaintiff,

vs.

**JAS LINKS HEALTHCARE SERVICES, INC. and CHIOMA MBONU,**

    Defendants.

Case No.: 1:22-cv-01293-WMR

## ORDER

This matter comes before the Court upon Plaintiff's Unopposed Motion to Approve Settlement and to Dismiss with Prejudice. The Court having considered the Unopposed Motion and being fully advised in the premises, it is hereby **ORDERED** and **ADJUDGED** that the Plaintiff's Unopposed Motion to Approve Settlement and to Dismiss with Prejudice is **GRANTED**.

It is so **ORDERED** this 3rd day of    August   , 2023.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE